**Fill in this information to identify the case:**

Debtor 1  ___Irene Robinson_____

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Northern_____ District of __IL_____
(State)

Case number  ___11 B 42146_____

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of creditor:** ___CITIMORTGAGE, INC._____

Court claim no. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   4  9  0  0

**Property address:** ___12555 S MICHIGAN AVE_____
Number        Street

_____

___CHICAGO_____   ___IL___   ___60628-7369___
City               State       ZIP Code

---

| **Part 2:** | **Prepetition Default Payments** |
| --- | --- |

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

---

| **Part 3:** | **Postpetition Mortgage Payment** |
| --- | --- |

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ____/____/_____
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:     (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c.  **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ____/____/_____
MM / DD / YYYY

---

Debtor 1 ___Irene Robinson_____     Case number (*if known*) _____ 11 B 42146
First Name    Middle Name    Last Name

---

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| Part 5: | Sign Here |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Flavia Van Heeswijk
Signature

Date  11 / 15 / 2016

Print   Flavia          Van Heeswijk
First Name   Middle Name   Last Name

Title   Bankruptcy Specialist

Company   CitiMortgage, Inc.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   PO BOX 6040
Number     Street

Sioux Falls          SD     57117
City          State   ZIP Code

Contact phone   (866) 613 – 5636          Email   CitiBKAudit@citi.com

---

Form 4100R          **Response to Notice of Final Cure Payment**          page **2**

**Case No:**  11 B 42146

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:   11/15/2016

Chapter 13 Trustee: Tom Vaughn
Trustee Address: 55 E. Monroe Street,
Suite 3850
Chicago, IL 60603

Debtor's Counsel Name: Paul Himsel
Law Office of Ben W. Koyl, P.C.
Debtor's Counsel Address: 200 Prosperity Drive, Box 122
Knoxville, TN 37923

Debtor 1 Name: Irene Robinson
Debtor 2 Name:
Debtor's Mailing Address: 12555 S MIchigan
Chicao, IL 60628

Signature: /s/ Flavia Van Heeswijk
Title: Bankruptcy Specialist III
Company: CitiMortgage, Inc.
Address: PO BOX 6040
Sioux Falls, SD 57117
Phone: 866-613-5636
Email: CitiBKAudit@citi.com